United States Courts
Southern District of Texas
FILED
Form I-247 (Rev. 4-1-97)N

DEC 06 2011

David J. Bradley, Clerk of Court

SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

Vs.
Priscilla Raby LOERWALD

Case Number: C-11-1391 m

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

Jeaneth SANCHEZ-Gutierrez
Lizbeth MUNOZ-Sanchez
Christian ALCARAZ-Mosso

This material witness is a citizen of Mexico who has admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should he be released and returned to his native country, he may not be subject to extradition. Thus, it would be impracticable to secure his presence at such time as the case is called for trial.

_____
James A. Burdette   CBP/HSI Agent
Homeland Security Investigation

SWORN TO AND SUBSCRIBED BEFORE ME this    6   day of December, 2011

_____
UNITED STATES MAGISTRATE JUDGE
Brian L. Owsley

It is ORDERED this   6   day of  December , 2011, that the above material witness this day brought before me, be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $5,000 cash or surety for each material witness.

_____
UNITED STATES MAGISTRATE JUDGE
Brian L. Owsley